Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**BORIS ORLOV** (CSBN 223532)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
E-mail: orlov.boris@dol.gov

Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>          Petitioner,<br><br>      v.<br><br>**SKY 2 STAR, INC.**, a California Corporation<br><br>          Respondent. | Case No.: CV10-03136 ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE**<br><br>On Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum |

     Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Petitioner" or the "Secretary"), has applied to this Court for an Order requiring Respondent Sky 2 Star, Inc. ("Respondent") to produce the records, papers and documents set forth in a subpoena duces tecum issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon Respondent. Having considered the matters set forth in the Petitioner's pleadings, it is hereby

     **ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why Respondent should not be ordered by this Court to comply with the subpoena duces tecum issued to Respondent by the Regional Administrator, Wage and Hour Division,

1  U.S. Department of Labor; and it is further

2  **ORDERED** that Respondent serve and file with the Clerk of this Court, no later
3  than **June 14, 2010** a response to the Petition, specifically admitting or denying each
4  allegation of the Petition, and setting forth the cause, if any there be, why the Petition
5  should not be granted; and it is further

6  **ORDERED** that Respondent appear at a hearing to be held on the Petition on
7  **June 28, 2010**, at **1:30 p.m.** o'clock, in Courtroom number 11, located at 312 N. Spring
8  Street, Los Angeles, CA 90012; and it is further

9  **ORDERED** that an Investigator from the Wage and Hour Division, U.S. Depart-
10  ment of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of
11  the Petition and supporting documents on Respondent.

16  Dated:  May 24, 2010                    _____
                                             United States District Judge

18  Presented by:

20  M. PATRICIA SMITH
21  Solicitor of Labor

22  LAWRENCE BREWSTER
23  Regional Solicitor

24  DANIEL J. CHASEK
25  Associate Regional Solicitor

26  ____/s/_____
27  BORIS ORLOV, Attorney
28  Attorneys for the Petitioner, U.S. Department of Labor